United States District Court
Middle District of Florida
Jacksonville Division

**CITY OF JACKSONVILLE,**

***Plaintiff,***

**v.** **NO. 3:24-cv-730-PDB**

**MIRAMAR RESIDENCES TIC I, LLC, ETC.,**

***Defendants.***

---

## Order

Based on the joint dismissal, Doc. 31, the Court **dismisses** the action with prejudice and **directs** the clerk to close the file. The Court retains jurisdiction to enforce the settlement.

**Ordered** in Jacksonville, Florida, on February 14, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*