United States District Court
Middle District of Florida
Jacksonville Division

**CITY OF JACKSONVILLE,**

***Plaintiff,***

**v.** **NO. 3:24-cv-730-PDB**

**MIRAMAR RESIDENCES TIC I, LLC, ETC.,**

***Defendants.***

---

## Order

The plaintiff moves to enforce the settlement agreement between the parties. Doc. 34. The Court heard arguments on the motion. *See* Docs. 35, 36.

For the reasons stated on the record at the hearing, the Court **grants** the motion, Doc. 34, to the extent the Court **orders** the defendants to comply with the terms of the settlement agreement, with deadlines extended as follows. By **May 6, 2025**, the defendants must pay the amount due. *See* Doc. 34-1 at ¶1.a. By **June 2, 2025**, the defendants must (1) issue a letter of financial statement verifying the outstanding balance on the rental is zero and (2) participate in the training described in the settlement agreement. *See* Doc. 34-1 at ¶¶1.e., 3.

The defendants' failure to comply with this order may result in monetary and other sanctions.

**Ordered** in Jacksonville, Florida, on April 15, 2025.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*