United States District Court
Middle District of Florida
Jacksonville Division

**CITY OF JACKSONVILLE,**

***Plaintiff,***

**v.** **NO. 3:24-cv-730-PDB**

**MIRAMAR RESIDENCES TIC I, LLC, ETC.,**

***Defendants.***

---

## Order

The Court will hear arguments on the plaintiff's motion for contempt, Doc. 38, on **July 24, 2025**, at **10:00 a.m.**, in courtroom 5B of the Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202. The Courtroom Deputy will digitally record the hearing.

**Ordered** in Jacksonville, Florida, on July 8, 2025.

Patricia D. Barksdale
*United States Magistrate Judge*