**UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CITY OF JACKSONVILLE,

Plaintiff,

v. CASE NO: 3:24-cv-730-PDB

MIRAMAR RESIDENCES TIC I, LLC;,
et. al.

Defendants.

_____________________________________/

**NOTICE OF WITHDRAWAL
OF MOTION FOR CONTEMPT**

The City of Jacksonville withdraws its Motion for Contempt. Doc. 38. Defendants have complied with the actions required by the Court in its April 15, 2025, Order. Doc. 37. In addition, Defendants have agreed to pay the City's attorney's fees for filing the Motion for Contempt. The City requests the Court continue to retain jurisdiction of this case until the City receives payment of the fees in the event it becomes necessary for the City to ask the Court to enforce Defendants' agreement to pay the fees. The City no longer believes a hearing on the Motion for Contempt is necessary.

DATED: August 4, 2025

Office of General Counsel

*/s/ Laura Boeckman*
**Laura Boeckman – Lead Counsel**
Assistant General Counsel
Fla. Bar No. 527750
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Phone (904) 255-5054
Facsimile: (904) 255-5120
LBoeckman@coj.net; aristevski@coj.net
*Counsel for Plaintiff*